# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Case No.: 2:15-cr- *8.5* |
| | ) |
| Plaintiff, | )  ORDER FOR ISSUANCE OF WRIT OF |
| | )  HABEUS CORPUS AD PROSEDUENDUM |
| | )  FOR BRYAN EDWARD MCGUIGAN |
| vs. | )  (ID#) 1005124 |
| | ) |
| BRYAN EDWARD MCGUIGAN, | ) |
| | ) |
| Defendant. | ) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **BRYAN EDWARD MCGUIGAN** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A & A/P Wed *4/1/2015* 3:00 PM GWF 3A _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED:  March 24, 2015

_____
UNITED STATES MAGISTRATE JUDGE

1   DANIEL G. BOGDEN
    United States Attorney
2   District of Nevada
    PHILLIP N. SMITH, JR.
3   Assistant United States Attorney
    333 Las Vegas Boulevard South
    Suite 5000
4   Las Vegas, Nevada  89101
    702-388-6336

5

# UNITED STATES DISTRICT COURT
6
# DISTRICT OF NEVADA
7                         -oOo-

8

| UNITED STATES OF AMERICA, | ) | Case No.: 2:15-cr- *85* |
|---|---|---|
| Plaintiff, | ) ) ) | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR BRYAN EDWARD MCGUIGAN (ID#) 1005124 |
| vs. | ) ) ) | |
| BRYAN EDWARD McGUIGAN, | ) ) | |
| Defendant. | ) ) | |

14      The petition of the United States Attorney for the District of Nevada respectfully shows

15  that **BRYAN EDWARD MCGUIGAN**, is committed by due process of law in the custody of

16  the Warden, Tonopah Conservation Camp, Tonopah, Nevada, that it is necessary that the said

17  **BRYAN EDWARD MCGUIGAN** be temporarily released under a Writ of Habeas Corpus Ad

18  Prosequendum so that the said **BRYAN EDWARD MCGUIGAN** may be present before the

19  United   States   District   Court   for   the   District   of   Nevada,   Las   Vegas,   Nevada,   on

20  I/A & A/P Wed *4/1/2015*  3:00 PM GWF 3A _____, at the hour of 3:00 p.m., for arraignment and from time to

21  time and day to day thereafter until excused by the said Court.

22

23

24

1    That the presence of the said **BRYAN EDWARD MCGUIGAN** before the United

2    States District Court on or about ___ I/A & A/P Wed 4/1/2015  3:00 PM GWF 3A _____, at the hour of 3:00 p.m.,

3    for arraignment and from time to time and day to day thereafter until excused by the Court has

4    been ordered by the United States Magistrate or District Judge for the District of Nevada.

5    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

6    Prosequendum issue out of this Court, directed to the Warden, Tonopah Conservation Camp,

7    Tonopah, Nevada, and to the United States Marshal for the District of Nevada, commanding

8    them to produce the said **BRYAN EDWARD MCGUIGAN** before the United States District

9    Court on or about ___ I/A & A/P Wed 4/1/2015  3:00 PM GWF 3A ____, at the hour of 3:00 p.m., for arraignment

10    and from time to time and day to day thereafter, at such times and places as may be ordered and

11    directed by the Court entitled above, to appear before the Court, and when excused by the said

12    Court, to be returned to the custody of the Warden, Tonopah Conservation Camp, Tonopah,

13    Nevada.

14    DATED this 24th day of March, 2015

16    Respectfully submitted,

17    DANIEL G. BOGDEN
    United States Attorney

19    PHILLIP N. SMITH, JR.
    Assistant United States Attorney

2